United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 28, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-41117
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

MICHAEL JOSEPH DERROW,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:05-CV-113
USDC No. 9:98-CR-6-9
---------------------

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Michael Joseph Derrow, federal inmate # 03199-286, was
convicted of conspiracy to possess and possession with intent to
distribute crack cocaine.  Derrow seeks a certificate of
appealability (COA) to appeal the district court's order that
transferred his 28 U.S.C. § 2255 motion to this court as an
unauthorized successive § 2255 motion.

     We must examine the basis of our jurisdiction on our own
motion if necessary.  Mosley v. Cozby, 813 F.2d 659, 660 (5th

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir. 1987). An order transferring a successive § 2255 motion to the court of appeals is a nonappealable interlocutory order. <u>Brinar v. Williamson</u>, 245 F.3d 515, 516-18 (5th Cir. 2001). This court is without jurisdiction to consider Derrow's case. <u>See</u> <u>id.</u> Accordingly, the appeal is dismissed for lack of jurisdiction. Derrow's motions for a COA and for leave to proceed in forma pauperis are denied.

APPEAL DISMISSED FOR LACK OF JURISDICTION; MOTIONS DENIED.